**SO ORDERED.**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

**Dated: September 03, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16431

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-13342-CGC |
| Michael E. Gowens, Sr.<br> Debtor. | Chapter 13 |
| _____ | ORDER |
| The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Alt-A Trust 2004-12, Mortgage Pass-Through Certificates, Series 2004-12 | (Related to Docket #38) |
| Movant, <br> vs. | |
| Michael E. Gowens, Sr., Debtor, Russell A. Brown, Trustee. <br> Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 20, 2004 and recorded in the office of the Maricopa County Recorder wherein The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Alt-A Trust 2004-12, Mortgage Pass-Through Certificates, Series 2004-12 is the current beneficiary and Michael E. Gowens, Sr. has an interest in, further described as:

LOT 147, OF STONEHENGE - GILBERT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY ARIZONA, RECORDED IN BOOK 401 OF MAPS PAGE 33 AND RESOLUTION NO. 1933 REGARDING STREET NAME CHANGE RECORDED AS 98-597837 AND RESOLUTION NO. 2301, REGARDING STREET NAME CHANGE RECORDED AS 2001-1182165, OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.